NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOWARD WESLEY MATCHETT, JR.,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3060

---

Petition for review of the Merit Systems Protection Board in case no. PH315H110319-I-1.

---

## ON MOTION

---

## ORDER

Howard Wesley Matchett, Jr. moves to withdraw his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 1 6 2012                    /s/ Jan Horbaly
_____                _____
     Date                       Jan Horbaly
                                Clerk

cc:  Howard Wesley Matchett, Jr.
     Jane C. Dempsey, Esq.
     Nicole DeCrecenzo, Esq.

s21

Issued As A Mandate:     MAR 1 6 2012
                       _____


**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK